Opinion issued February 11, 2010 









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00875-CV

____________


BP AMOCO CHEMICAL COMPANY, Appellant


V.


GLENDA ANN NIX, Appellee






On Appeal from the 10th District Court

Galveston County, Texas

Trial Court Cause No. 07CV0429






MEMORANDUM OPINION

 Appellant, BP AMOCO Chemical Company, has filed an unopposed motion
to dismiss the appeal. No opinion has issued. Accordingly, the motion is granted,
and the appeal is dismissed. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Keyes, Sharp, and Massengale .